**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02432-BNB

JOHN J. McCARTHY,

    Plaintiff,

v.

JOHN DOE WARDEN, and
JOHN DOE STAFF,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Reconsideration of Judgment" filed in this action on December 21, 2009, is DENIED as moot because no Judgment has been entered in this action.

Dated:  January 4, 2010